UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM C. SMITH,

    Defendant,
_____/

CIVIL ACTION NO.: 13-14886

HONORABLE: George Caram Steeh

### ORDER FOR ALTERNATE SERVICE

After reviewing the Motion herein, and being otherwise advised in the matter:

THE COURT FINDS:

Service of process upon defendant WILLIAM C. SMITH cannot reasonably be made as provided in FRCP 5(b) or MCR 2.105, and service of process may be made in a manner which is reasonably calculated to give Defendant actual notice of the proceeding and an opportunity to be heard.

**IT IS ORDERED:**

Service of the Summons and Complaint and a copy of this order may be made by the following method(s):

    a. ☒   First class mail to 1059 Joseph Campau St., Detroit, MI 48207.

    b. ☐   Certified Mail, Return Receipt Requested.

    c. ☒   Tacking or firmly affixing to the door at 1059 Joseph Campau St., Detroit, MI 48207.

**IT IS FURTHER ORDERED:**

For each method used, proof of service must be filed promptly with the court.

_____
George Caram Steeh
United States District Judge

Dated: January 29, 2014