UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,　　　　　　　　　　Case No. 13-cv-14886-GCS-LJM

vs.　　　　　　　　　　　　　　　　Honorable George Caram Steeh

WILLIAM C. SMITH,

      Defendant.
_____

| O'REILLY RANCILIO P.C. | GREENE LAW GROUP, PLC |
|---|---|
| Craig S. Schoenherr, Sr. (P32245) | Anthony Greene (P47715) |
| Eric C. Turnbull (P76382) | Attorney for Defendant |
| Attorneys for Plaintiff | 2232 S. Main, Suite 438 |
| 12900 Hall Road, Suite 350 | Ann Arbor, MI 48103 |
| Sterling Heights, MI 48313 | (313) 410-3390 |
| (586) 726-1000 | |

_____

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND JUDGMENT

A hearing was held on July 9, 2014 regarding Plaintiff, United States of America's Motion for Summary Judgment.

**IT IS HEREBY ORDERED that:**

1. Plaintiff's Motion for Summary Judgment is granted.

2. Judgment is granted in favor of Plaintiff and against Defendant, William C. Smith, in the following amount:
   
   Damages: $30,177.32
   Interest: $365.37

   TOTAL: $30,542.69

Plus prejudgment interest until entry of Judgment.
Post judgment interest shall accrue at the legal rate in effect pursuant to 28 U.S.C. § 1961.

s/George Caram Steeh
UNITED STATES DISTRICT JUDGE
Dated: July 15, 2014